IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. 3:05cv148-D |
| | ) | (WO) |
| DARLENE STRICKLAND | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 17, 2005, said Recommendation is hereby adopted, and it is

CONSIDERED and ORDERED that the motion filed by Strickland on February 2, 2005, be and the same is hereby DENIED and that this case is hereby DISMISSED, as Strickland has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

DONE this 10th day of June, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE