IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv148-D |
| | ) | (WO) |
| DARLENE STRICKLAND | ) | |
| | ) | |

### **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the United States of America and against Darlene Strickland and that this action be and the same is hereby DISMISSED.

DONE this 10th day of June, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE